UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND JOSEPH COCKERHAM, JR. (#58005)

VERSUS                                                    CIVIL ACTION

ROBERT "BOBBY" WEBRE, ET AL                               NUMBER 11-54-RET-DLD

### **NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on January 31, 2011.

                                               **MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND JOSEPH COCKERHAM, JR. (#58005)

VERSUS                                                                   CIVIL ACTION

ROBERT "BOBBY" WEBRE, ET AL                      NUMBER 11-54-RET-DLD

MAGISTRATE JUDGE'S REPORT

Before the court is the application of petitioner Raymond Joseph Cockerham, Jr., for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1]

Petitioner entered a plea of guilty to one count attempted molestation of a juvenile in the Nineteenth Judicial District Court for the Parish of East Baton Rouge in 1996. Petitioner was sentenced to a 3 year term of imprisonment in the custody of the Louisiana Department of Corrections. Petitioner did not appeal his conviction and sentence. Petitioner fully served his sentence.

On November 24, 2010, the petitioner filed a motion to set aside or vacate in the Nineteenth Judicial District Court. On January 3, 2011, the district court denied review. Petitioner did not seek further review in the appellate courts.

Petitioner signed his federal application for habeas corpus on January 24, 2011, and it was filed on January 28, 2011.

---

[1] Petitioner is currently a pretrial detainee awaiting criminal trial in Ascension Parish, Louisiana, on charges that he failed to comply with sex offender registration and notification laws.

1

Habeas corpus lies essentially to challenge illegal restraint. *Carter v. Hardy*, 526 F.2d 314 (5th Cir. 1976). A petitioner whose sentence has expired is no longer in custody for purposes of that conviction. *Maleng v. Cook*, 490 U.S. 488, 491-92, 109 S.Ct. 1923, 1925-26 (1989). Once the sentence imposed for a conviction has completely expired, the collateral consequences of that conviction are not themselves sufficient to render an individual "in custody" for the purposes of a habeas attack upon it. *Id*.

Because the petitioner has completed his sentence and is no longer in custody for purposes of § 2254, this court is without subject matter jurisdiction to entertain his § 2254 application.

## RECOMMENDATION

It is the recommendation of the magistrate judge that the petition of Raymond Joseph Cockerham, Jr., for habeas corpus relief be dismissed for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on January 31, 2011.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**