UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND JOSEPH COCKERHAM, JR
(#58005)

VERSUS

ROBERT "BOBBY" WEBRE, ET AL

CIVIL ACTION

NO. 11-54-RET

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 31, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petition of Raymond Joseph Cockerham, Jr., for habeas corpus relief will be dismissed for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, March 2, 2011.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA